# UNITED STATES DISTRICT COURT

for the

__middle__ District of __fla__

2023 MAR 28 PM 12:02

__ft Myers__ Division

Case No. __2:23-cv-00214-JLB-KCD__
(to be filled in by the Clerk's Office)

__Errick Holmes Jr__

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

__Officer garrow Lutenant grant see attach__

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Errick Holmes Jr
All other names by which you have been known: N/A
ID Number: M32414
Current Institution: Charlotte C.I
Address: 33123 Oil well Road
Punta Gorda, Fl 33955
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Grant
Job or Title (if known): lieutenant
Shield Number: N/A
Employer: Florida D.O.C
Address: 33123 Oil well Road
Punta Gorda, Fl 33955
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Garrow
Job or Title (if known): CO1 - oc officer
Shield Number: N/A
Employer: Florida D.O.C
Address: 33123 Oil well Road
Punta Gorda, Fl 33955
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 3
- Name: Ick
- Job or Title (if known): Sergeant
- Shield Number: N/A
- Employer: Florida D.O.C
- Address: 33123 Oil Well Road, Punta Gorda, Fl, 33955

[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
- Name: Frost
- Job or Title (if known): Captain
- Shield Number: N/A
- Employer: Florida D.O.C
- Address: 33123 Oil Well Road, Punta Gorda, Fl, 33955

[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eighth Amendment: Cruel & unusual punishment with deliberate indifference

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Attachments
Additional pages

D. Ranking white shirts at Charlotte C.I from colonel down to CO I's of A-dorm Sgt lok called for this due to a disturbance on the wing while all of Charlotte C.I's Ranking officials were aware and in attendance in A-dorm my room was searched while i was placed in the shower after i was escorted back to my cell by officer garrow and L.T grant i asked officer garrow why was my legal work scattered everywhere that ch.33 says this is not suppose to happen after going through it for it to be placed back in order i notified the L.T at my door who's name is grant and tried to explain the situation he then walked away from my cell and came back i tried once more as my hands were in cuffs and placed in the tray flap to Remove my cuffs so i can get my cell together officer garrow statement to me while at my door with a L.T present was I Rivera first who was my cellmate at the time officer garrow denied to take my cuffs off to Remove my cellmates cuffs first stating that they had an agreement I had Reasons to believe he wanted inmate Rivera to Attack me while i was in cuffs after seeing that i was not gonna Remove my hands from the Tray flap so he could take off my cellmates cuffs first he then slammed my knuckle/fingers in the flap causing damage to my hand and dislocating/crack/fracture my knuckle there is still disfigurement and discoloration there he then proceeded to Remove inmate Rivera from my cell by doing so cpt Frost sgt lok officer garrow and L.T grant violated my 8th amendment right with deliberate indifference the camera footage will show this incident take place inmate Rivera never agreed to officer garrow and his idea to have inmate Rivera to Attack me but these were officer garrow's statements after advising L.T grant about this he neglected to acknowledge the incident by stating he does not give a fuck then i advised him that i will be exercising my Rights to write a grievance he then stated again that he dont give a fuck cause all the grievances come straight

to him and he was gonna Deny it from Reaching the warden i then advised him i know how to go Straight to tallahassee he stated that he was gonna intercept it and throw it away in the trash i dont know how the audio works in A-dorm but these were officer garrow and l.T grant's statements while at my cell door before my fingers/knuckles were slammed in the tray flap their statements were very audible i have Reasons to believe this is Retaliation on me for my grievance on Cpt. frost when i first got here which is a violation of my due process and my eighth amendment and cruel and unusual punishment all of this was done in A-dorm while other Ranking officials at charlotte C.I. and while l.T grant and officer garrow were standing at my cell door A-2211

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

ON 1-20-23 officer garrow Sgt lock and L.T grant and Cpt Frost amongst other (see attc.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

While in my cell with my hands in cuffs place in the tray flap of my cell dor approximately twelve

Page 4 of 11

Attachments

D. What are the underlying facts your claims?

While L.T. grant stood by and watched and wen notified he neglected to acknowledge the incident and do anything about it. Sgt Kirk and officer garrow put me on strip 4 days 24 hours past the 3 day legal requirement for strip CPT Frost and other official Ranking white shirts failed to acknowledge my call for help as the incident took place

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

approximately between 1:00 and 4:00 PM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Officer garrow skimmed my fingers/knuckle in the tray flap (see Attach)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Fractured or disfigured knuckle, I only recieved advil or tylenol and ibuprofen, I did not get the meds (see Attach)

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the courts to grant me 250,000" for the damage done to my hand (see Attach)

→ VI Relief. and knuckle is in the process of ~~having developed~~ a twitch and i can hardly write without my hand and fingers goin Numb

(misplaced)

→ V. Attention i was seeking from Charlotte c.I my knuckle is still swollen and has developed a twitch and has discoloration I have wrote Multiple Request letting Medical know that my knuckle is still swollen and has discoloration and disfigurement and they still Refuse to acknowledge My Claims

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Charlotte C.I

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Charlotte C.I

2. What did you claim in your grievance?

   That Charlotte C.I Staff assaulted me by slamming my hands in the tray flap

3. What was the result, if any?

   There has been no results only further retaliation from this Staff

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I was approved at the institutional level then proceeded further but Tallahassee C/O (Rates)

F.  If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here:

  _No_

  2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

  _N/A_

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_See attached grievance_

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _N/A_

3. Docket or index number
   _N/A_

4. Name of Judge assigned to your case
   _N/A_

5. Approximate date of filing lawsuit
   _N/A_

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s)      N/A
      Defendant(s)  _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      N/A

   3. Docket or index number

      N/A

   4. Name of Judge assigned to your case

      N/A

   5. Approximate date of filing lawsuit

      N/A

   6. Is the case still pending?
      ☐ Yes
      ☑ No

      If no, give the approximate date of disposition     N/A

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-23-23

Signature of Plaintiff: Eddow Holmes Jr
Printed Name of Plaintiff: Eddie Holmes Jr
Prison Identification #: M16214
Prison Address: 33123 Oil Well Road
Punta Gorda, FL 33955

### B. For Attorneys

Date of signing:

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address: